HAROLD ARMSTRONG, PETITIONER, *v.* STATE OF MONTANA, RESPONDENT.

No. 13773.
April 5, 1977.
562 P.2d 1129.

## ORDER

PER CURIAM:

The application for writ of mandate by petitioner is denied on the basis that this Court has no record of any proceedings against petitioner in the justice court or district court and there is no showing of sufficient facts to enable this Court to determine whether petitioner has a meritorious claim for relief.